Decided December 1, 2004

ROBERT B. *v.* COMMISSIONER OF CORRECTION

The petitioner Robert B.'s petition for certification for appeal from the Appellate Court, 85 Conn. App. 740 (AC 24802), is denied.

*James M. Fox,* special public defender, in support of the petition.

Decided December 1, 2004

DANIEL BERNSTEIN *v.* COMMISSIONER OF CORRECTION

The respondent's petition for certification for appeal from the Appellate Court, 83 Conn. App. 77 (AC 24021), is granted. The case is remanded to the Appellate Court for reconsideration in light of this court's decision in *Harris* v. *Commissioner of Correction,* 271 Conn. 808, 860 A.2d 715 (2004).

The Supreme Court docket number is SC 17325. In view of our remand without further proceedings in this court, the provisions of Practice Book § 84-9 are waived.

*Madeline A. Melchionne,* assistant attorney general, in support of the petition.

Decided December 8, 2004